No. 223.  SOUTHLAND RACING CORP. *v.* RODGERS ET AL. Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.

No. 5425.  JONES *v.* CALIFORNIA.  Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 853.  IN RE DISBARMENT OF WOLDEN.  It is ordered that Russell L. Wolden, of San Francisco, California, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. ——.  RIVERA *v.* RESOR, SECRETARY OF THE ARMY, ET AL.; and

No. ——.  PACHL *v.* LAIRD, SECRETARY OF DEFENSE, ET AL.  D. C. N. D. Cal.  Applications for stays previously granted by MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  MR. JUSTICE DOUGLAS is of the opinion that the stays should be continued.

No. ——.  SIRAK *v.* BROWN, SECRETARY OF STATE OF OHIO, ET AL.  C. A. 6th Cir.  Application for stay and temporary injunction presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. ——.  CHRISTOPHER ET AL. *v.* MITCHELL, ATTORNEY GENERAL, ET AL.  D. C. D. C.  Motion to dispense with printing, to dispense with jurisdictional statement, to expedite, and for other relief denied.